31 F.3d 1173
 Richard C., by Kathy B., Lunz (Mark, John C., III, Wayne),
by Lunz (Eileen), Pennsylvania Protection and Advocacy,
Inc., on Behalf of Members of Class, Association for
Retarded Citizens/Pennsylvania, on Behalf of Members of
Class, Association for Retarded Citizens/Allegheny, on
Behalf of Members of Class, Harris (Larry), by Harris
(James), Caruso (Michael, by Lamonica (Louise), Garris
(David), by Scotti (Theresa L.), Allegheny County, Western
Center Board of
 NO. 93-3389
 United States Court of Appeals,
Third Circuit.
 July 13, 1994
 
 Appeal From: W.D.Pa.,
 Standish, J.
 
 
 1
 AFFIRMED.